[No. 1697-3.   Division Three.   October 6, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MATTOX, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 65211, John C. Tuttle, J., entered September 5, 1975. *Affirmed* by unpublished opinion per Smith, J. Pro Tem., concurred in by McInturff, C.J., and Munson, J.

[No. 1711-2.   Division Two.   October 7, 1976.]

ALDRICH W. SMITH, ET AL, *Appellants*, v. DOUGLAS W. STEFFENS, *Respondent*.

Appeal from a judgment of the Superior Court for Pacific County, No. 17807, Robert A. Hannan, J., entered December 13, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Reed, J., and Cochran, J. Pro Tem.

[No. 4170-1.   Division One.   October 18, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAIN WILSON HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 2930, Walter J. Deierlein, Jr., J., entered September 26, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Callow, JJ.

[No. 3347-1.   Division One.   October 18, 1976.]

THE STATE OF WASHINGTON, *on the Relation of* MICHAEL F. RUSSO, *Appellant*, v. GEORGE TIELSCH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 777963, Robert W. Winsor, J., entered September 25, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3894-1.   Division One.   October 18, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JOAN E. BREWER, *Appellant*.

Appeal from a judgment of the Superior Court for King